NUMBER 13-00-156-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


MARR, MEIER & HARTMAN, L.L.P.
, Appellant,


v.



MAUREEN O'LEARY ONG
, Appellee.

____________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam


 Appellant, MARR, MEIER & HARTMAN, L.L.P., perfected an appeal
from a judgment entered by the 156th District Court of Bee County,
Texas, in cause number B-99-1426-CV-B. After the record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states that it no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 8th day of June, 2000.